Rose Calcese, Special Adm'r of the Estate of Charles Calcese, Deceased, Plaintiff-Appellant, v. Cunningham Cartage, Inc., *et al.*, Defendants-Appellees.

(No. 73-170;

Second District (1st Division)—January 29, 1975.

\* *Calcese v. Cunningham Cartage, Inc.*, which appeared in abstract in the March 19, 1975, Advance Sheet at 25 Ill.App.3d 78, is now published in full at the end of this volume. It should be cited as 25 Ill.App.3d 1094.